FILE COPY

No. 07-16-00437-CR

| | | |
|---|---|---|
| In the Matter of David Christopher Hesse | § | From the 251st District Court of Potter County |
| | § | August 1, 2017 |
| | § | Opinion by Chief Justice Quinn |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated August 1, 2017, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o